LAWRENCE G. BROWN
Acting United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01: 03-CR-5300 OWW |
| Plaintiff, | MOTION AND PROPOSED ORDER TO DISMISS INDICTMENT |
| v. | |
| FRANCISCO NARSTASA-MURILLO, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against FRANCISCO NARSTASA-MURILLO without prejudice in the interest of justice.

DATED: May 22, 2009          Respectfully submitted,

                             LAWRENCE G. BROWN
                             Acting United States Attorney


                             By:   /s/ Susan Phan
                                   SUSAN PHAN
                                   Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed against defendant FRANCISCO NARSTASA-MURILLO without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   May 22, 2009**                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE